## ETNA FURNACE COMPANY *v.* SPARKS.

*Lumpkin, J.*—This court will not reverse the first general grant of a new trial.        *Judgment affirmed.*

May 19, 1896. By two Justices. Argued at the last term.

Dispossessory warrant.    Before Judge Janes.    Polk superior court.    February term, 1895.

*D. B. Hamilton* and *Harper Hamilton*, for plaintiff.
*Sanders & Davis* and *Blance & Fielder*, for defendant.

---

## ROUNSAVILLE *et al. v.* LANGSTON *et al.*

*Simmons, C. J.*—In view of the entire record, and especially of the fact that the fees of the receivers were incurred in converting goods into cash, of which the plaintiffs in error received the benefit, there was no abuse of discretion in adjudging that these fees should be paid by them.

*Judgment affirmed.*

May 19, 1896. By two Justices. Argued at the last term.

Equitable petition, etc.    Before Judge Janes.  ·  Polk superior court.    February term, 1895.

*J. Branham* and *Sanders & Davis*, for plaintiffs in error.  *C. E. Carpenter, J. A. Blance* and *Turner & Branch*, contra.